FILED

2019 OCT -9 P 2: 36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MICHELLE DE LA ROSA,

    Defendant.

Case No. **19 CR 4086 GPC**

I N D I C T M E N T 

Title 21, U.S.C., Secs. 952 and 960 - Importation of Fentanyl and Methamphetamine

The grand jury charges:

Count 1

On or about December 4, 2018, within the Southern District of California, defendant MICHELLE DE LA ROSA did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

OYJ:cms(nlv):Imperial:10/8/19

<u>Count 2</u>

On or about December 17, 2018, within the Southern District of California, defendant MICHELLE DE LA ROSA did knowingly and intentionally import 500 grams and more, to wit: approximately 31.82 kilograms (70.15 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: October 9, 2019.

A TRUE BILL:

Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By:

OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney